# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: DAVID L. MANN,  
ATTORNEY AT LAW, BAR NO. 11194

Case No.: 2:19-ms-00058

**ORDER OF SUSPENSION**

On July 24, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of July 25, 2019. The Order to Show Cause provided Mr. Mann with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. On August 1, 2019, Mr. Mann filed a response requesting his United States District Court for the District of Nevada suspension run concurrent with the suspension imposed by the Nevada Supreme Court. Mr. Mann did not respond with opposition to entered order to show cause.

Accordingly, **IT IS HEREBY ORDERED** that David L. Mann, Bar No. 11194, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this __26__ day of August, 2019.

_____  
Gloria M. Navarro, Chief Judge  
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this __27th__ day of August, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> David L. Mann
> c/o Michael J. Warhola, Esq.
> 625 S. 6th Street
> Las Vegas, NV 89101

Certified Mail No.: 7012 2920 0000 1532 0714

> David L. Mann
> 250 N. Red Cliffs Dr. 4B-431
> St. George, UT 84790

Certified Mail No.: 7012 2920 0000 1532 0707

> /s/ L. Quintero
> Deputy Clerk
> United States District Court,
> District of Nevada